IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HOUSTON J. NASH, Reg. No. 16613-039, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:18-CV-255-ALB ) |
| WARDEN WALTER WOODS, *et al.*, | ) ) |
| Defendants. | ) |

**ORDER**

This case is before the court on a Recommendation of the Magistrate Judge entered on Jne 25, 2019. Doc. 45. There being no timely objection filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of Plaintiff to comply with the orders of the court and prosecute this action.

A Final Judgment will be entered separately.

**DONE** and **ORDERED** this 27th day of September 2019.

　　　　　　　　　　　　　　　　　　／s／ Andrew L. Brasher
　　　　　　　　　　　　　　　　ANDREW L. BRASHER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE